UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **DEVIN M. HARMON** | **DOCKET NO. 6:21-cv-1834** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **SHERIFF SMITH** | **MAGISTRATE JUDGE HANNA** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the Emergency Motion to Vacate Extradition Proceedings be **DENIED**.

**THUS DONE AND SIGNED,** in chambers, in Lafayette, Louisiana, on this 7th day of September, 2021.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE